(126 So. 610)

### CISCO v. STATE.
8 Div. 929.

Court of Appeals of Alabama.
March 4, 1930.

O. M. Rains, of Scottsboro, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

There is no indictment in this case. The trial was had on a complaint sworn to by M. C. Thomas, in which the defendant is charged with grand larceny, which is a felony under our statute. This in the very teeth of section 8 of the Constitution of 1901.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.